UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

MARC P. POWELL,

    Debtor.　　　　　　　　　　　　　　　　　　　　Case No. 11-18-10410 TA

## MOTION FOR FINAL DECREE CLOSING CASE

***COMES NOW*** Marc P. Powell, (hereinafter "Debtor"), Debtor in Possession (hereinafter "Debtor") in the above captioned bankruptcy proceeding, by and through his undersigned counsel, and pursuant to Bankruptcy Rule 3022, for his motion for entry of a final decree closing the above captioned bankruptcy case, ***STATES:***

1. Debtor filed the above captioned Chapter 11 bankruptcy proceeding on February 23, 2018. Docket No. 1.

2. Debtor filed a Plan and an amended plan. Docket Nos. 92, 97.

3. Debtor's Disclosure Statement was approved on February 21, 2019. Docket No. 101.

4. The Plan was confirmed on March 15, 2019. Docket No. 116.

5. The terms of the plan called for payment in full in cash to all creditors aside from two creditors who negotiated longer term payouts with the Debtor.

6. Debtor filed motion for entry of discharge on May 23, 2019. Docket No. 132.

7. The motion was granted August 23, 2019. Docket No. 141-142.

8. The order confirming the plan has become final.

9. The property proposed to be transferred by the plan has been transferred.

10. Payments under the plan have been completed to all creditors other than the two

who agreed to a disparate treatment; payments to those creditors have commenced..

11. All motions, contested matters and adversary proceedings have been finally resolved.

12. The Plan has been substantially consummated.

13. Nothing significant has happened in the case since entry of discharge in August of 2019; creditors were paid in March of 2019.

14. Debtor should not be subject to quarterly fees during this interim fallow period between August of 2019 and entry of the final decree, as there has been no activity in the case and no benefit to the Debtor or burden to the U.S. Trustee.

**WHEREFORE**, Marc P. Powell, Debtor in Possession, prays the Court to enter a final decree closing this case, excuse Debtor from paying quarterly fees after August of 2019, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted

 Filed electronically  5/21/20   
Michael K. Daniels  
PO Box 1640  
Albuquerque, NM 87103  
(505) 246-9385; 246-9104 fax

I hereby certify I sent a true and accurate copy of the foregoing to the following parties on May 21, 2020, either via regular mail or through the Court's electronic noticing system, if the party in question is enrolled in CM/ECF.

    US Trustee  
    PO Box 608  
    Albuquerque, NM   87103

 Certified   5/21/20   
Michael K. Daniels